# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Mylan Specialty L.P.
c/o Clark Hill PLC
Attn: William C. Price, Esq.
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

Samuel A. Hornak
Clark Hill PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

Mylan Specialty LP
Attn: Sanjeev Narula, CFO
Robert J. Coury Global Center
1000 Mylan Blvd.
Canonsburg, PA 15317

Mylan Specialty LP
c/o Clark Hill PLC
Attn: William C. Price, Member
301 Grant Street, 14th Fl.
Pittsburgh, PA 15219

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Mylan Specialty L.P.
Attn: Patrick Zinn, Head of
Commercial Finance--ROW
1000 Mylan Boulevard
Canonsburg, PA 15317

Corporation Service Company,
R/A for Mylan Specialty LP
251 Little Falls Drive
Wilmington, DE, 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | <u>February 4, 2022</u> | Signature | <u>/s/ *Gini L. Downing*</u> |
| | Print Name: | | <u>Gini L. Downing</u> |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | <u>Los Angeles, CA 90067</u> |

