Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>MYLAN SPECIALTY, L.P.,<br><br>Defendant. | Adv. Proc. No. 2-22-02068 (PRW) |

**THIRD STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Mylan Specialty L.P. ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 25, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022.  The First Stipulation was approved by order entered February 28, 2022.

WHEREAS, on April 7, 2022, the parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including June 15, 2022.  The Second Stipulation was approved by order entered April 8, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including August 31, 2022.

[*Remainder of Page Intentionally Left Blank*]

2. All other terms set forth in the First Stipulation and Second Stipulation remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| Dated: June 2, 2022 | Dated: June 2, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | CLARK HILL |
| /s/ Ilan D. Scharf | |
| Bradford J. Sandler (NY Bar No. 4499877) | William C. Price (Pa. I.D. No. 90871) |
| Ilan D. Scharf (NY Bar No. 4042107) | Samuel A. Hornak (Pa I.D. No. 312360) |
| Jason S. Pomerantz (CA Bar No. 157216) | One Oxford Centre |
| 780 Third Avenue, 34th Floor | 301 Grant Street, 14th Floor |
| New York, NY 10017 | Pittsburgh, PA 15219 |
| Telephone: (212) 561-7700 | Telephone: (412) 394-2565 |
| Email: bsandler@pszjlaw.com | Email: wprice@clarkhill.com |
| ischarf@pszjlaw.com | shornak@clarkhill.com |
| jspomerantz@pszjlaw.com | |
| *Counsel to Plaintiff RDC Liquidating Trust* | *Counsel to Defendant Mylan Specialty L P* |

SO ORDERED:

DATED: _____, 2022
      Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

3
DOCS_LA 343884.1 75015/003
Case 2-22-02068-PRW, Doc 14, Filed 06/02/22, Entered 06/02/22 20:12:12, Description: Main Document , Page 3 of 3