Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>MYLAN SPECIALTY, L.P.,<br><br>Defendant. | Adv. Proc. No. 22-02068 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Mylan Specialty, L.P. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs. [*]

STIPULATED AND AGREED:

| Dated: March 21, 2023 | Dated: March 21, 2023 |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | CLARK HILL |
| */s/ Ilan D. Scharf* | */s/ William C. Price* |
| Bradford J. Sandler (NY Bar No. 4499877) | William C. Price (Pa I.D. No. 90871) |
| Ilan D. Scharf (NY Bar No. 4042107) | Samuel A. Hornak (Pa I.D. No. 312360) |
| Jason S. Pomerantz (CA Bar No. 157216) | One Oxford Centre |
| 780 Third Avenue, 34th Floor | 301 Grant Street, 14th Floor |
| New York, NY 10017 | Pittsburgh, PA 15219 |
| Telephone: (212) 561-7700 | Telephone: (412) 394-2565 |
| Email: bsandler@pszjlaw.com | Email: wprice@clarkhill.com |
| ischarf@pszjlaw.com | shornak@clarkhill.com |
| jspomerantz@pszjlaw.com | |
| *Counsel to Plaintiff RDC Liquidating Trust* | *Counsel to Defendant Mylan Specialty, L.P.* |

SO ORDERED

DATED: ___March 21___, 2023          _____/s/_____
            Rochester, New York              HON. PAUL R. WARREN
                                             United States Bankruptcy Judge

((*) The Clerk of Court is directed to immediately close this adversary proceeding.