# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 3/21/2023 |
| Case: 2–22–02068–PRW | Form ID: pdforder | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Ilan D Scharf    ischarf@pszjlaw.com
aty    William C. Price    wprice@clarkhill.com

TOTAL: 2